

The Barton House
200 North Upper Street
Lexington, KY 40507
Tel: (859) 231-5800
Fax: (859) 281-1179

09- 00301
Rec. 109422 #39—

Michael J. Gartland, Esq.     mgartland@wisedel.com

June 2, 2009

**VIA FEDERAL EXPRESS**

Clerk, U.S. Bankruptcy Court
Eastern District of Virginia, Richmond Division
701 East Broad Street
Richmond VA 23219-1888

Re: Alma Energy, LLC vs. Kentucky Coal Venture I LLC, et al., Adv. Proc. No. 09-07005
Alma Energy, LLC, Chapter 7, Case No. 07-70370
Pending in the U.S. Bankruptcy Court for the Eastern District of Kentucky, Pikeville Division

Dear Clerk:

This firm represents several of the Defendants in the above-referenced adversary proceeding (the "Adversary Proceeding"), which is pending in the United States Bankruptcy Court for the Eastern District of Kentucky, Pikeville Division.

Please find enclosed a copy of the Complaint (exclusive of all exhibits) [Doc. No. 1] filed in the Adversary Proceeding. <u>Please open a miscellaneous business case</u> so that the Defendants I represent can issue a Subpoena Duces Tecum to one or more individuals in your jurisdiction. Enclosed please find our check in the amount of $39.00 for the filing fee.

Thank you for your attention to this matter and please do not hesitate to contact me if you have any questions. I would greatly appreciate it if you would call or e-mail Pam Lickert (plickert@wisedel.com), my paralegal, and give her the miscellaneous business case number once it has been opened so we can immediately prepare and issue a Subpoena Duces Tecum.

Sincerely yours,

WISE DELCOTTO PLLC

By: _____
Michael J. Gartland, Esq.

Z:\Clients\Kentucky Coal Venture\Correspondence\VA Clerk re misc action 20090602.doc